UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| W LYNN FRAZIER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-10-4 |
| | § | |
| MAP OIL TOOLS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day came on to be considered the Joint Motion to Extend Deadlines for Plaintiff's Responses to Defendants' Motions for Partial Summary Judgment Filed on August 23, 2010, and Defendants' Replies to Plaintiff's Responses (the "Joint Motion"). (D.E. 64.) The Joint Motion is GRANTED.

Plaintiff's deadline for filing a Response to Defendants' Motion for Partial Summary Judgment is hereby extended from September 13, 2010 to September 17, 2010. Defendant's deadline for filing a Reply to Plaintiff's Response is hereby extended from September 27, 2010 to October 1, 2010.

SIGNED and ORDERED this 10th day of September, 2010.

_____
Janis Graham Jack
United States District Judge